AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Federal Trade Commission; Attorney General of Colorado; Office of the Attorney General, State of Florida, Department of Legal Affairs, The People of the State of Illinois (See Att. 1 for additional parties) <br><br> *Plaintiff(s)* <br> v. <br><br> Live Nation Entertainment, Inc. <br> and <br> Ticketmaster, L.L.C. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:25-cv-08884-MEMF-MAA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Live Nation Entertainment, Inc., 9348 Civic Center Drive, Beverly Hills, CA 90210
Ticketmaster, L.L.C., 9348 Civic Center Drive, Beverly Hills, CA 90210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron Schue, FTC, 10990 Wilshire Blvd., Suite 400, Los Angeles, CA 90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/24/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-08884

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| 1 | ELIZABETH C. SCOTT (*pro hac vice* forthcoming) |
| | escott@ftc.gov |
| 2 | TAYLOR H. ARANA (*pro hac vice* forthcoming) |
| 3 | tarana@ftc.gov |
| | CLAIRE E.W. STEWART (*pro hac vice* forthcoming) |
| 4 | cstewart@ftc.gov |
| 5 | FEDERAL TRADE COMMISSION |
| | 230 South Dearborn Street, Suite 3030 |
| 6 | Chicago, IL 60604 |
| 7 | Telephone: (312) 960-5609 (Scott) |
| | Telephone: (312) 960-5639 (Arana) |
| 8 | Telephone: (312) 960-5615 (Stewart |
| 9 | |
| 10 | Local Counsel: |
| | AARON M. SCHUE (CA BAR NO. 338760) |
| 11 | aschue@ftc.gov |
| 12 | FEDERAL TRADE COMMISSION |
| | 10990 Wilshire Boulevard, Suite 400 |
| 13 | Los Angeles, CA 90024 |
| 14 | Telephone: (310) 824-4300 |
| 15 | |
| | Attorneys for Plaintiff |
| 16 | FEDERAL TRADE COMMISSION |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 20 | FEDERAL TRADE COMMISSION; ATTORNEY GENERAL OF COLORADO; OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS; THE PEOPLE OF THE STATE OF ILLINOIS; STATE OF NEBRASKA; STATE OF TENNESSEE; STATE OF UTAH; UTAH DIVISION OF CONSUMER PROTECTION; COMMONWEALTH OF VIRGINIA | Case No. 2:25-cv-08884<br><br>**ATTACHMENT 1 TO SUMMONS** |

|  | Plaintiffs, |
|---|---|
|  | v. |
|  | LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, L.L.C., |
|  | Defendants. |

## Additional Plaintiffs

State of Nebraska

State of Tennessee

State of Utah

Utah Division of Consumer Protection

Commonwealth of Virginia