ELIZABETH C. SCOTT (*pro hac vice*)
escott@ftc.gov
TAYLOR H. ARANA (*pro hac vice*)
tarana@ftc.gov
CLAIRE E.W. STEWART (*pro hac vice*)
cstewart@ftc.gov
FEDERAL TRADE COMMISSION
230 South Dearborn Street, Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5609 (Scott)
Telephone: (312) 960-5639 (Arana)
Telephone: (312) 960-5615 (Stewart)

Local Counsel:
AARON M. SCHUE (CA BAR NO. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br>and<br>TICKETMASTER, L.L.C.,<br><br>Defendants. | Case No. 2:25-CV-08884<br><br>**PLAINTIFF FTC'S NOTICE OF MOTION TO STAY PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS** |

PLEASE TAKE NOTICE that Plaintiff Federal Trade Commission ("FTC" or "Commission") hereby moves the Court for a temporary stay of all briefing and other deadlines in this case. In support of this motion, counsel for the FTC states as follows:

1. This matter was filed on September 18, 2025. (Dkt. 1.) Defendants agreed to waive service of the Complaint and their responsive pleadings are due on November 24, 2025. (Dkts. 28 & 29.)

2. At the end of the day on September 30, 2025, the continuing resolution that had been funding the FTC expired, and appropriations to the FTC lapsed. The FTC currently lacks appropriated funds to continue operating and does not know when funding will be restored.

3. Absent an appropriation, FTC attorneys and other employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Undersigned counsel for the FTC therefore requests that the Court stay all deadlines in this case until Congress has restored appropriations to the FTC. Cf. *FTC v. Am. Home Servicing Ctr.*, Case No. 8:18-cv-597, Dkt. No. 147 (C.D. Cal. Jan. 8, 2019) (Order staying case due to cessation of funding); *FTC v. Dig. Altitude LLC*, Case No. 2:18-cv-729, Dkt. No. 265 (C.D. Cal. Jan. 4, 2019) (same); *FTC v.*

*Asset & Cap. Mgmt. Grp.*, Case No. CV13-01107 DSF (JCx), Dkt. No. 81 (C.D. Cal. Oct. 10, 2013) (same).

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the FTC. The Commission requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

6. Due to the nature of this request and the fact that FTC counsel may be prohibited from traveling to any hearing, the FTC respectfully requests, pursuant to Local Rule 7-15, that the Court waive oral argument and decide this motion on the papers.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves for a temporary stay in this case until FTC attorneys are permitted to resume their usual civil litigation functions.

**FED. R. CIV. P. 26(C)(1) AND LOCAL RULE 7-3 CERTIFICATION**

Counsel for Plaintiff Federal Trade Commission certifies that they conferred with all parties affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion. The state co-plaintiffs do not oppose the FTC's motion. Counsel for Defendants Live Nation Entertainment, Inc. and Ticketmaster, L.L.C. have not yet appeared in this litigation, but counsel for

Plaintiff FTC conferred with them and they do not object to the relief sought herein.

Dated:  October 1, 2025                Respectfully submitted,

/s/Elizabeth C. Scott
ELIZABETH C. SCOTT (*pro hac vice*)
escott@ftc.gov
TAYLOR H. ARANA (*pro hac vice*)
tarana@ftc.gov
CLAIRE E.W. STEWART (*pro hac vice*)
cstewart@ftc.gov
FEDERAL TRADE COMMISSION
230 South Dearborn Street, Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5609 (Scott)
Telephone: (312) 960-5639 (Arana)
Telephone: (312) 960-5615 (Stewart)

AARON M. SCHUE (CA BAR NO. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300

*Counsel for Plaintiff*
*Federal Trade Commission*

ELIZABETH C. SCOTT (*pro hac vice*)
escott@ftc.gov
TAYLOR H. ARANA (*pro hac vice*)
tarana@ftc.gov
CLAIRE E.W. STEWART (*pro hac vice*)
cstewart@ftc.gov
FEDERAL TRADE COMMISSION
230 South Dearborn Street, Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5609 (Scott)
Telephone: (312) 960-5639 (Arana)
Telephone: (312) 960-5615 (Stewart)

Local Counsel:
AARON M. SCHUE (CA BAR NO. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br>and<br>TICKETMASTER, L.L.C.,<br><br>  Defendants. | Case No. 2:25-CV-08884<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to Federal Rule of Civil Procedure 5, Local Civil Rule 5-3.2, the undersigned hereby certifies that on October 1, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

The undersigned further certifies that the foregoing was served via electronic mail to the following parties and counsel, who are not registered CM/ECF users or who have not yet appeared in this matter:

**For Defendants Live Nation Entertainment, Inc. and Ticketmaster, L.L.C.:**
Michael Rubin, michael.rubin@lw.com
Benjamin Mundel, bmundel@sidley.com


Dated:  October 1, 2025         /s/Elizabeth C. Scott
                                ELIZABETH C. SCOTT (*pro hac vice*)
                                *Counsel for Plaintiff Federal Trade Commission*