JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, L.L.C., <br><br> Defendants. | Case No. 2:25-CV-08884 <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS [DKT. NO. 45]** |

On October 1, 2025, Plaintiff Federtal Trade Commission ("FTC") filed its Motion to Stay, seeking a temporary stay of all briefing and other deadlines in this case due to the lapse of appropriations to the FTC.

The Court, having considered the FTC's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. This action is hereby STAYED until Congress has appropriated funds for the FTC. The clerk is directed to ADMINISTRATIVELY CLOSE the case.

2. All deadlines for this case are extended commensurate with the length of the stay.

/ / /

/ / /

/ / /

3. The parties are ORDERED to meet and confer file a joint status report with the Court within seven (7) days of the end of the lapse in appropriations with a proposed schedule of future proceedings. Failure to adequately respond to this Order may result in this case being dismissed, without further warning, for failure to prosecute and/or failure to obey a Court order.

IT IS SO ORDERED.

Dated: October 2, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge