# EXHIBIT 1

Exhibit 1
Page 3

Help Center

Navigate to...

Ticketmaster Help  >  My Account  >  Policy & Security

# MY ACCOUNT

Profile, policy and security info

## Purchase Policy

### In This Article

1. Currency
2. Payment Methods
3. Who You Are Buying From
4. Pricing and Availability
5. Order Confirmation and Processing
6. Service Fees, Order Processing Fees, Taxes, and Shipping Charges
7. Number of Tickets or "Ticket Limits"
8. Ticket Transfer
9. Opening Acts / Festival Acts
10. Canceled, Postponed, Rescheduled, and Moved Events
11. Refunds, Credits, and Exchanges
12. Special Refund Provisions Applying to Resale Ticket Purchases for Events in Illinois or New York
13. Account, Order, and Billing Information Verification
14. Delivery Options
15. Pricing and Other Errors
16. Multiple Browser Windows
17. Limitation of Liability
18. License; Ejection and Cancelation; No Redemption Value

19. Recording, Transmission and Exhibition

20. You Are Subject to Search

21. Unlawful Resale of Tickets; Promotions

Last updated: January 1, 2021

Our goal is to make your purchasing experience easy, efficient, and equitable, so we can get you on your way to live events as quickly as possible. The following policy is designed to ensure your satisfaction and understanding of the purchase process on our sites and mobile applications, including without limitation www.ticketmaster.com, www.livenation.com, www.ticketmaster.ca, and www.ticketexchangebyticketmaster.com (collectively, the "Site"). This Purchase Policy applies to any purchases on our Site made on or after January 1, 2021, including any primary ticket sales and ticket resale transactions, such as Fan-to-Fan. Please also review our Terms of Use, which govern your use of our Site, and your purchase, possession, or use of any Live Nation or Ticketmaster tickets, products, or services. If you have any questions, please contact us.

## 1. Currency

All ticket prices for events that occur in the United States are stated in U.S. Dollars. All ticket prices for events that occur in Canada are stated in Canadian Dollars.

## 2. Payment Methods

We accept several methods of payment to accommodate your needs, including (among others) American Express, Visa, MasterCard, Discover, and, for qualifying events, Ticketmaster and Live Nation gift cards and/or Ticketmaster Ticket Cash® and Live Nation Concert Cash®.

## 3. Who You Are Buying From

We act as the agent to those who provide events, such as artists, venues, teams, fan clubs, promoters, and leagues (the "Event Organizer"). We generally sell tickets on behalf of the Event Organizer, though, in some rare instances, we may own a small number of tickets as part of our services contract with the Event Organizer. When you purchase a ticket for an event that is located in the United States, Ticketmaster LLC will be handling the transaction and collecting payment for the Event Organizer. When you purchase a ticket for an event that is located in Canada, Ticketmaster Canada Ltd. will be handling the transaction and collecting payment for the Event Organizer.

If you purchase a resale ticket through our Site, you will be purchasing that ticket from either (a) a reseller who is not an Event Organizer, such as other fans, season ticket holders, or professional resellers, or (b) in limited circumstances, the Event Organizer. Tickets that are obtained from unauthorized sources, and not directly through our Site, may be lost, stolen, or counterfeit, and, if so, are void.

## 4. Pricing and Availability

We sell tickets on behalf of Event Organizers, which means we do not set the ticket prices or determine seating locations. Event Organizers typically set the face price of their tickets. Tickets are generally sold through several distribution points, including websites, apps, and box offices. Most distribution points generally access the same ticketing system and inventory; therefore, tickets for popular events may sell out quickly. Occasionally, additional tickets may be available prior to the event. However, we do not control this inventory or its availability. Check out our [FAQs](#) section for more information on ticket availability.

Similarly, we facilitate third party ticket resale transactions, but do not set the ticket prices or determine seating locations of those resale tickets. Please be aware that resale tickets are often posted for sale on our site at prices that are higher than their original prices. THE PRICE THAT YOU PAY FOR RESALE TICKETS MAY THEREFORE BE SUBSTANTIALLY HIGHER THAN THE FACE VALUE PRINTED ON THE TICKETS.

**Further, with respect to resale tickets purchased from the Site:** Market prices are subject to change at any time prior to Order Confirmation, and we do not guarantee that you will be able to purchase the tickets for the prices shown on our Site, or that such tickets will be available, until Order Confirmation. We are not responsible for any typographical or system errors within the inventory listed for sale. If an error is found while processing your order, you will be notified of the error and a substitution will be made when available, at no additional cost, or we will issue a refund. Please check your tickets carefully once they arrive, and please [contact us](#) if you have any questions regarding the tickets you received. We may charge fulfillment, shipping, service, or other fees for using our services. We may change such fees at any time, including after you post your tickets.

## 5. Order Confirmation and Processing

Your order is confirmed when we send you a confirmation, in the form of a confirmation page or email ("Order Confirmation").

If you do not receive an Order Confirmation after submitting payment information, or if you experience an error message or service interruption after submitting payment information, it is

your responsibility to confirm via your account whether or not your order has been placed. Only you may be aware of any problems that may occur during the purchase process. We will not be responsible for losses (monetary or otherwise) if you assume that an order was not placed because you failed to receive confirmation.

**With respect to resale ticket purchases from TicketExchangebyTicketmaster.com:** Immediately after you submit your request for tickets, we will send you an email notifying you that we have received your request. This does not confirm ticket availability or prices. It only indicates that we have received your request for those tickets, and have begun the process of seeking to secure the requested tickets. Once the requested tickets have been secured by us, your credit card or other method of payment used at time of purchase will be charged, and we will send an Order Confirmation confirming that your request has been finalized, and that we have purchased the tickets on your behalf. You should also receive a copy of your invoice. In some instances, where the electronic ticket is not yet available, the delivery update acts as your confirmation until the ticket is delivered. Your order may be finalized even if you do not receive an Order Confirmation, finalized invoice, or updated status email from us. If you have not heard from us, or have only received a confirmation that we received your ticket request, please [contact us](#) to check on your order. NEVER make an assumption about the status of your order because you have not been contacted by us. Orders cannot be canceled due to problems with receipt of emails.

## 6. Service Fees, Order Processing Fees, Taxes, and Shipping Charges

Tickets purchased on our Site are typically subject to, among other possible fees, a per ticket service fee and a per order processing fee. In some instances, you may be able to purchase tickets directly from the venue box office without paying our service fee. We collect tax as required by state and local laws. We may display the tax separately or include it in the total service fee amount. In many cases, you may need to pay a shipping or delivery fee. Any shipping or delivery charges are calculated based on delivery location and shipping method. Please note that the delivery fee, as well as the order processing fee, may not reflect the actual cost to deliver or process your order, and in some cases, these fees may include a profit to Ticketmaster.

Resale tickets are also typically subject to a per ticket service fee and a per order processing fee. Per state and local laws, some resale tickets are subject to tax, which we either display separately or include in the total service fee amount. Service fees and order processing fees may be subject to change.

## 7. Number of Tickets or "Ticket Limits"

When purchasing tickets on our Site, you are limited to a specified number of tickets for each event (also known as a "ticket limit"). This ticket limit is posted during the purchase process and verified with every transaction. This policy is in effect to discourage unfair ticket buying practices. Each account must be linked to a unique individual, and must contain valid and verifiable information. Multiple accounts may not be used to circumvent or exceed published ticket limits. If you exceed or attempt to exceed the posted ticket limits, we reserve the right to cancel, without notice, any or all orders and tickets, in addition to prohibiting your ticket purchasing abilities. Any tickets canceled due to violating the posted ticket limit may be refunded at face value (excluding fees). This includes orders associated with the same name, e-mail address, billing address, credit card number, or other information.

## 8. Ticket Transfer

Ticket Transfer is a safe and easy way to transfer (send) tickets digitally to another person. If your tickets are eligible for transfer, you can send them to friend or family member from your online account. If you are a Ticket Transfer recipient, meaning someone you know and trust is transferring their tickets to you, you will be able to accept them in your online account. More information can be found in our Ticket Transfer FAQ.

Once a recipient accepts a Ticket Transfer, a new barcode is issued and the sender's tickets are invalid. If a ticket has been transferred multiple times, only the ticket from the last transfer will be valid for event entry. All previous ticket barcodes will be invalidated.

The sender can modify or cancel a Ticket Transfer before the recipient accepts the transfer, not after. Please note that we may cancel transferred tickets, at any time, if we determine that they were obtained fraudulently or otherwise in violation of our policies; therefore, it is important that you know and trust the individual transferring tickets to you before accepting them.

Recipients can choose only Mobile or Print-at-Home delivery (if the event offers it). All merchandise, VIP package elements, fan club memberships, and ticket insurance originally purchased or included with the ticket are not transferable. Ticket insurance will not apply to transferred tickets.

If an event is canceled, postponed, rescheduled or moved, and refunds are approved by the Event Organizer, only the original purchaser—i.e., the person who purchased the tickets at issue directly from our Site—will be eligible for any available refunds or credits.

For canceled events, the original purchaser will receive any available refund (or may take advantage of an optional credit offer, if available), and no additional action is needed from the recipient of the transferred tickets.

For postponed, rescheduled, or moved events, recipients of the transferred tickets will need to transfer the tickets back to the original purchaser in order for the original purchaser to take advantage of any available refund and/or credit options. Once the tickets have been transferred back to the original purchaser, the original purchaser will need to contact Fan Support to complete their request.

Please see the [Canceled, Postponed, Rescheduled and Moved Events section](#), below, for more information on when refunds and/or credits may be available.

Please note that recipients of any transferred tickets are not eligible for any available refunds or credits, because the transfer recipient did not purchase tickets directly from our Site. If you purchased a resale ticket from some other source (i.e., not through our Site), and that ticket was then transferred to you, you will need to reach out to your original point of purchase for any refund and/or credit options, if available.

## 9. Opening Acts / Festival Acts

Opening acts, guests, or undercards (each an "Opening Act") may sometimes tour with headlining performers. We are not always made aware of Opening Acts or the length of their performances. Opening Acts, as well as festival performers, are subject to change or cancelation at any time without notice. No refund will be owed if an Opening Act or festival performer is changed or canceled.

## 10. Canceled, Postponed, Rescheduled, and Moved Events

Occasionally, events are canceled, postponed, rescheduled to a different date or materially different time, or moved to a different venue:

**If the event is canceled:** no action is required to obtain a refund; we will issue a refund to the original method of payment used at time of purchase, once funds are received from the Event Organizer. In some cases, the Event Organizer may also give you the option to choose either a credit or a refund; if so, we will send you a notification explaining your options, and how to submit a request for a credit.

If you have sold your tickets for the canceled event through Ticketmaster.com, Ticketmaster.ca, or Livenation.com (i.e., you resold your tickets through one of those sites, and you've been paid for them), your credit card on file will be charged to refund the buyer of your tickets and, if successful, the tickets will be placed back on your account. Then, you'll receive a refund for your original purchase (to the original method of payment used at the time of that purchase) once funds are received from the Event Organizer. No action is required for you to receive the refund.

In some cases, the Event Organizer may also give you the option to choose either a credit or a refund; if so, we will send you a notification explaining your options, and how to submit a request for a credit.

**If the event is postponed, rescheduled, or moved:** your ticket(s) (including any additional add-ons or upgrades, such as parking) are still valid, and no further action is required. However, the Event Organizer may approve refunds, or the option to choose between a refund or a credit, for the event; any refund and/or credit policies are determined on an event-by-event basis by the Event Organizer, and may be subject to limitations set by the Event Organizer. If the Event Organizer approves refunds and/or credits, we will send you a notification explaining your options, and you may submit a request for a refund or credit. Alternatively, you may simply keep your ticket(s) to the postponed, rescheduled, or moved event.

If you have sold your tickets for the postponed, rescheduled, or moved event through Ticketmaster.com, Ticketmaster.ca, or Livenation.com (i.e., you resold your tickets through one of those sites, and you've been paid for them), your tickets will be returned to your account if: (1) the Event Organizer has authorized refunds, <u>and</u> (2) the buyer has requested a refund. Should this occur, your credit card will be charged to refund the fan who purchased your tickets. If successful, the tickets will be placed back on your account, and you may have the option to request a refund or credit, keep your tickets for the event, or, if available, repost your tickets for sale. Please note that any refund and/or credit policies are determined on an event-by-event basis by the Event Organizer, and may be subject to limitations set by the Event Organizer.

If your event is canceled, postponed, rescheduled, or moved, we will attempt to contact you to update you on the status of the event, and inform you of any refund, credit, or exchange procedures. For exact instructions on any particular canceled, postponed, rescheduled, or moved event, please check the event information online and in your account (which will include the most current information on the status of the event), or [contact us](#).

We will not be liable for travel or any other expenses that you or anyone else incurs in connection with a canceled, postponed, rescheduled, or moved event.

**Special note about tickets purchased from TicketExchangebyTicketmaster.com:** As we are not able to recover our costs on the tickets that we acquired for you, we are unable to offer customers refunds on postponed, rescheduled, or moved events (with limited exceptions, to be determined by the Event Organizer on an event-by event basis).

**Special note about tickets purchased for Major League Baseball games and the US Open:** All event refund, credit, and/or exchange policies for MLB games and the US Open—including for

canceled, postponed, rescheduled, or moved events—are subject to polices set for by the Event Organizer, and are determined on an event-by-event basis by the Event Organizer.

**Special note about hard stock, third-party resale tickets:** If you purchased hard stock, third-party resale tickets from our Site, and those tickets were sent to you via [expedited](#) delivery, they must be returned to us (at the address below) before we can process your refund. We recommend that you send the tickets via certified mail or any carrier that provides proof of delivery. Once we receive the tickets, we'll reroute them to the seller so they can be refunded by the original ticket provider. Please send your printed tickets to:

Third-Party Resale Fan Support
[Event Name] Refund
707 Virginia Street E
Suite #170
Charleston, WV 25301

## 11. Refunds, Credits, and Exchanges

All sales are final and refunds are only allowed in limited circumstances, as explained in this section and the [Canceled, Postponed, Rescheduled and Moved Events section](#) above. Before purchasing tickets, carefully review your event and seat selection. Policies set forth by Event Organizers generally prohibit us from issuing exchanges or refunds after a ticket has been purchased, or for lost, stolen, damaged, or destroyed tickets. Tickets therefore cannot be replaced if they are lost, stolen, or damaged.

**Refunds.** If your event is eligible for refunds and funds have been received from the Event Organizer, we will issue a refund of the ticket price you paid (or, for a discounted ticket, then instead the discounted ticket price paid), any service fees, and any additional add-ons or upgrades (such as parking). In no event will expedited shipping charges, merchandise purchases, Fan Club membership fees, or any other amounts be refunded.

If a refund is issued, it will be processed to the original method of payment used at time of purchase. We cannot issue a refund to a different credit or debit card (this includes refund requests made through the self-service option). If your credit card or debit card number has changed, but is for the same account (e.g., a new card has been issued for the same account), the refund will be processed to that account.

For any ticket insurance refunds, please contact the [insurance provider](#).

Please note that seating maps are representative of a venue's layout; however, they are subject to change at any time, and refunds are not allowed if the seating map is updated, if additional seats / rows are added, or if seats change as a result of a venue change after purchase.

We may occasionally offer tickets at a discount after the original on-sale date, and will not refund the difference between the original price and the sale price. In addition, there are no refunds, returns, or exchanges for digital downloads or hotel / festival packages.

If there is an account, or accounts, that have outstanding balances owed to Ticketmaster, Ticketmaster reserves the right to hold any and all refunds for said accounts until such time as no outstanding balances remain.

**Credits.** The Event Organizer may provide the option to request a credit for canceled, postponed, rescheduled, or moved events; if so, we will send you a notification, and you can submit a request for credit in your account. Credits are provided by the Event Organizer, and not by Ticketmaster. Credits may be applied toward the purchase of eligible event tickets and ancillary purchases (such as parking) at the same venue (or, in some cases, at one of a number of venues designated by the Event Organizer) during the timeframe specified by the Event Organizer. Credits cannot be used for resale tickets, third-party tickets, ticket insurance, or gift cards. The Event Organizer will determine which future events, venues, and ancillary purchases are eligible, as well as the amount of the credit (including any potential promotional amount). The amount of the credit will always include at least 100% of the price of the original ticket(s), plus fees and taxes. The amount of the credit will not include any additional add-ons or upgrades included in your original purchase (such as parking), which will be refunded to your original method of payment used at time of purchase. Once you've requested to receive credit and we've verified your order is eligible for credit, we'll send you a credit code which you can use for eligible purchases, along with instructions for redeeming that credit. Please note that credits typically have an expiration date, and must be used before that date. The email that you received with your credit code will contain the expiration date for your credit; you can also find the expiration date in your online account, under "Gift Cards & Codes."

Credits are non-transferable, may not be sold, are not redeemable for cash, and may not be combined with other promotions. Credits may not be applied to previously placed orders and may not be redeemed to purchase tickets for the same event as the tickets in your original purchase for which you accepted the credit.

Please note that, if the Event Organizer offers you a choice of either a refund or a credit, you cannot get a partial refund; whatever selection you make (i.e., refund or credit) will apply to your entire order, and cannot be split between refund and credit. **Any and all requests for a refund or credit are final and cannot be changed once initiated.**

For more information on refunds or credits for events that were canceled, postponed, rescheduled, or moved due to the COVID-19 pandemic, please see the [Terms Regarding Certain Canceled, Rescheduled and Postponed Events (COVID-19)](#).

**Exchanges.** For many events, certain tickets may be exchanged for tickets from us of equal or higher price. A per ticket exchange fee may apply. Exchanges are not available for: (a) tickets purchased through resale, (b) VIP and other premium tickets, or (c) tickets purchased with additional related items and/or bundled products, or (d) tickets for events that are less than 24 hours away.

**Merchandise.** All merchandise purchases are final, and in no event will there be refunds, exchanges, or credits for merchandise purchases.

**Chargebacks and Other Refund Prohibitions.** You agree that you will not attempt to evade, avoid, or circumvent any refund prohibitions in any manner with regard to tickets you purchased. Without limiting the generality of the foregoing, you will not contact us to seek a refund or exchange from us when we are prohibited from providing one by the Event Organizer, and you will not dispute or otherwise seek a "chargeback" from the company whose credit card or other method of payment you used to purchase tickets from the Site. Should you do so, your tickets are subject to immediate cancelation, and we may, in our sole discretion, refuse to honor pending and future ticket purchases made from all credit card accounts or online accounts on which such chargebacks have been made, and may prohibit future purchases from all persons in whose name the credit card accounts exist, and from any person who accesses any associated online account or credit card or who otherwise breaches this provision from using the Site.

**Special note about resale tickets purchased from TicketExchangebyTicketmaster.com:** except for canceled events (as explained in [Canceled, Postponed, Rescheduled and Moved Events](#), above), there are no refunds, exchanges, or cancelations once a request is submitted to us. This policy is in place because, when you place your ticket request on TicketExchangebyTicketmaster.com, we attempt to secure and acquire those tickets for you from a ticket seller and are not able to recover our costs. To be clear: if we have provided you with an Order Confirmation email for your TicketExchange purchase, even though you may have not received your requested tickets, we have already committed to acquiring and securing those tickets for you. **Please order tickets only after you are certain you want them.**

## 12. Special Refund Provisions Applying to Resale Ticket Purchases for Events in Illinois or New York

**The following applies <u>only</u> to resale tickets to Illinois events:** If you purchase resale tickets to an event located in Illinois, you will receive a refund of the amount you paid for that resale ticket if: (a) the ticketed event is canceled (in which case you will not receive a refund of any shipping or delivery fees); (b) that ticket does not allow you to enter the ticketed event for reasons that may include, without limitation, that the ticket is counterfeit or has been canceled by the issuer due to non-payment, unless the ticket is canceled due to an act or omission by you; (c) the ticket fails to conform to its listing description; or (d) you failed to receive that ticket.

The following applies only to resale tickets to New York events: If you purchase a resale ticket to an event located in New York, you will receive a refund of the amount you paid for that resale ticket if: (a) the ticketed event is canceled (in which case you will not receive a refund of any shipping or delivery fees); (b) that ticket does not allow you to enter the ticketed event for reasons that may include, without limitation, that the ticket is counterfeit or has been canceled by the issuer due to non-payment, or that the event described on the ticket was canceled for any reason prior to purchase of the resold ticket, unless the ticket is canceled due to an act or omission by you; or (c) that ticket fails to conform to its listing description, unless you have pre-approved a substitution of tickets.

## 13. Account, Order, and Billing Information Verification

All information on accounts and orders must be valid and are subject to verification. Orders are subject to credit card approval, and are processed only after the billing address associated with your credit card and other billing information have been verified. Orders that are placed, or attempted to be placed, using an account with any information that is found to be false, misleading, incorrect, or incomplete, or that cannot be verified as belonging to the account holder—such as name, address, email address, phone number, IP address, or other account or billing information—are subject to cancelation, at any time. Furthermore, if your order is canceled for any of the foregoing reasons, we may sell your tickets to another customer without further notice.

## 14. Delivery Options

Different combinations of delivery methods may be offered, depending on a number of factors—including (but not limited to) the venue or country where the event is to be held, the country in which you live, whether the event is in person or virtual, how much time is left before the event starts, whether it is a holiday season, and the nature of the demand for the event. Delivery options are determined by the Event Provider and can vary from event to event. Please carefully review the list of delivery methods offered during the purchase process. For security purposes, we

can only ship tickets to the billing address on file with the method of payment that is used for your purchase.

Generally, some of the following delivery methods may be offered:

- Mobile - for events that occur in the United States or Canada.

- US Mail - for events that occur in the United States or Canada, but only if you place your ticket order such that there is enough time for you to receive the tickets (which will be shipped via USPS First Class Mail) prior to the date of the event. For this reason, we don't offer US Mail delivery within 10 days of an event date. If the event is in the United States, then you will only be able to use this delivery method if you have a United States or Canadian billing address.

- Print-at-Home - for events that occur in the United States or Canada.

- Will Call - for events that occur in the United States or Canada.

- Courier Delivery - for events that occur in Canada, but only for purchasers who use a Canadian billing address.

- Expedited Delivery - for events that occur in the United States, but only for purchasers who use a United States billing address.

- Shipping to APO/FPO Addresses - for events that occur in the United States, tickets can be delivered to an Armed Forces billing address via US mail. You may also choose other delivery options available for your event. Orders shipped via expedited delivery cannot be delivered to a P.O. Box or APO/FPO address.

**Special note about delivery of tickets purchased from TicketExchangebyTicketmaster.com:** TicketExchange offer two types of ticket listings: (a) tickets that are marked as available for instant delivery (typically emailed within minutes of placing your order); and (b) tickets that are owned by the reseller, but that are not available for immediate delivery (a specific delivery date is noted in the listing).

## 15. Pricing and Other Errors

If the amount you pay for a ticket is incorrect (regardless of whether it is incorrect because of an error in a price posted on the Site or otherwise communicated to you), if you are able to order a ticket before its scheduled on-sale or presale date, or if you are able to order a ticket that was not supposed to have been released for sale, then we will have the right to cancel that ticket (or

the order for that ticket) and refund to you the amount that you paid. This will apply regardless of whether the error occurred because of human error or a transactional malfunction of the Site or other Ticketmaster operated system. We will not be liable for travel or any other expenses that you, or anyone else, incurs in connection with errors of this nature. If a refund is processed in error, or a refund exceeds the original amount paid, we reserve the right to recharge the original method of payment used at time of purchase.

## 16. Multiple Browser Windows

When ordering tickets online with us, please ensure you are looking for tickets and placing an order using only one browser window. Looking up tickets using multiple browser windows could result in losing your tickets, errors occurring during the purchase process, or timer expiration.

## 17. Limitation of Liability

Balls, pucks, and other objects may fly into the spectator area during an event. Despite spectator shielding, injury can occur. Stay alert at all times before, during, and after play or performance. If struck, immediately ask an usher for directions to a medical station. You voluntarily assume all risks and danger incidental to the event for which the ticket is issued, whether occurring before, during or after the event, and you waive any claims for personal injury or death against us, management, facilities, leagues, artists, other participants, and all of our respective parents, affiliated entities, agents, officers, directors, owners, and employees on behalf of yourself and any accompanying minor. You bear all risks of inclement weather. Event date and time are subject to change. Please see the Limitation of Liability section in the [Terms of Use](#) for additional limits on our liability.

**You assume all risks, hazards, and dangers arising from or relating in any way to the risk of contracting a communicable disease or illness**—including, without limitation, exposure to COVID-19 or any other bacteria, virus, or other pathogen capable of causing a communicable disease or illness, whether that exposure occurs before, during, or after the event, and regardless of how caused or contracted—and you hereby waive any and all claims and potential claims against Ticketmaster, Live Nation, and the Event Organizer—and against any companies affiliated with Ticketmaster, Live Nation, or the Event Organizer—relating to such risks, hazards, and dangers.

## 18. License; Ejection and Cancelation; No Redemption Value

You agree to comply with all of the Event Organizer's applicable rules, policies, terms, and conditions ("Event Organizer Rules"). The Event Organizer reserves the right, without refund of

any amount paid, to refuse admission to, or eject, any person whose conduct management deems disorderly, who uses vulgar or abusive language, or who fails to comply with Event Organizer Rules. Breach of terms or rules will terminate your license to attend the event without refund. A ticket is a revocable license and admission may be refused. A ticket is not redeemable for cash.

## 19. Recording, Transmission and Exhibition

You agree that the event for which you purchase tickets is a public event, that your appearance and actions inside and outside the venue where the event occurs are public in nature, and that you have no expectation of privacy with regard to your actions or conduct at the event. You grant permission to us, the Event Organizer(s), our partners, licensees and assigns, including but not limited to our brand and media partners, to utilize your name, image, likeness, acts, poses, plays, appearance, movements, and statements in any live or recorded audio, video, or photographic display or other transmission, exhibition, publication or reproduction made of, or at, the event (regardless of whether before, during or after play or performance) for any purpose, in any manner, in any medium or context now known or hereafter developed, without further authorization from, or compensation to, you or anyone acting on your behalf. In the case of virtual events, you may view the virtual event solely for your own personal purpose. You may not record, copy, publicly exhibit, transmit, or distribute any virtual event through any means, resell views of any virtual event, or allow others to log into your account for the purpose of watching a virtual event.

## 20. You Are Subject to Search

You and your belongings may be searched on entry to the event. You consent to such searches and waive any related claims that may arise. If you elect not to consent to such searches, you may be denied entry to the event without refund or other compensation. Under certain facility rules, certain items may not be brought into the premises, including without limitation: firearms, alcohol, drugs, controlled substances, cameras, recording devices, laser pointers, strobe lights, irritants (e.g., artificial noisemakers), bundles and containers.

## 21. Unlawful Resale of Tickets; Promotions

Unlawful resale (or attempted unlawful resale) of tickets, including but not limited to counterfeit or copy of tickets, is grounds for seizure and cancelation without compensation. Certain maximum resale premiums and restrictions may apply in some states, and we cannot be responsible for providing legal advice regarding resale or pricing of tickets. You are responsible for complying with all applicable ticket resale laws. In addition, we reserve the right to restrict or

deny ticket purchasing privileges to anyone that we determine to be, or to have been, in violation of our policies. Because we do not guarantee the authenticity of tickets purchased from any non-authorized third party reseller (such as brokers or individuals), we recommend that you purchase tickets directly through us, through authorized partners, or from the venue box office to ensure ticket authenticity. Tickets may not be used for advertising, promotions, contests, or sweepstakes, unless formal written authorization is given by us.

Was this article helpful?

Yes    No

### Recently viewed articles

Terms of Use

Gift Card Terms of Use

How to Contact Us

Closing a Ticketmaster Account

Terms Regarding Certain Cancelled, Rescheduled, Postponed and Moved Events (COVID-19)

### Related articles

How to Contact Us

How do I request a refund?

Can I exchange or upgrade my tickets?

How do I get a refund if I don't have the same credit or debit card?

How do I transfer tickets?

## NEED MORE HELP?

Contact us

Exhibit 1
Page 18

Let's Connect

Download Our Apps

 

By continuing past this page you agree to our Terms of Use

Helpful Links

Help/FAQ

Sell

My Account

Contact Us

Gift Cards

Refunds and Exchanges

N.Y. Registered Brokers

Do Not Sell or Share My Personal Information

Our Network

Live Nation

House of Blues

Front Gate Tickets

TicketWeb

Universe

NFL

NBA

NHL

**About Us**

Who We Are

Ticketmaster Blog

Ticketing Truths

Careers

Ticket Your Event

Innovation

**Friends & Partners**

PayPal

Allianz

AWS

Purchase Policy

Privacy Policy

Manage my cookies and ad choices

© 1999-2025 Ticketmaster. All rights reserved.