1  ELIZABETH C. SCOTT (*pro hac vice*)
   escott@ftc.gov
2  TAYLOR H. ARANA (*pro hac vice*)
3  tarana@ftc.gov
   CLAIRE E.W. STEWART (*pro hac vice*)
4  cstewart@ftc.gov
5  FEDERAL TRADE COMMISSION
   230 South Dearborn Street, Suite 3030
6  Chicago, IL 60604
7  Telephone: (312) 960-5609 (Scott)
   Telephone: (312) 960-5639 (Arana)
8  Telephone: (312) 960-5615 (Stewart)
9
10 Local Counsel:
   AARON M. SCHUE (CA BAR NO. 338760)
11 aschue@ftc.gov
12 FEDERAL TRADE COMMISSION
   10990 Wilshire Boulevard, Suite 400
13 Los Angeles, CA 90024
14 Telephone: (310) 824-4300
15
   Attorneys for Plaintiff
16 FEDERAL TRADE COMMISSION

17
18                    **UNITED STATES DISTRICT COURT**
                      **CENTRAL DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br>and<br>TICKETMASTER, L.L.C.,<br><br>     Defendants. | Case No. 2:25-CV-08884<br><br>**PLAINTIFFS' NOTICE OF ERRATA DKT. 1 – COMPLAINT FOR PERMANENT INJUNCTION, MONETARY RELIEF, CIVIL PENALTIES, AND OTHER RELIEF** |

**To the Court and to all parties and their attorneys of record:**

Plaintiffs respectfully notify this Court and the parties hereto of the typographical errors below in the Complaint for Permanent Injunction, Monetary Relief, Civil Penalties, and Other Relief (Dkt. 1). There are no substantive errors to be corrected.

Attached as Exhibit A are the corrected pages of the Complaint (pages 59-75). There are no other changes made.

Dkt. 1, pg. 59, the paragraph number "9" is an error with the number "126" being the proper number;

Dkt. 1, pg. 59, the paragraph number "10" is an error with the number "127" being the proper number;

Dkt. 1, pg. 60, the paragraph number "109" is an error with the number "128" being the proper number;

Dkt. 1, pg. 60, the paragraph number "110" is an error with the number "129" being the proper number;

Dkt. 1, pg. 61, the paragraph number "112" is an error with the number "130" being the proper number;

Dkt. 1, pg. 61, the paragraph number "113" is an error with the number "131" being the proper number;

1    Dkt. 1, pg. 61, the paragraph number "114" is an error with the number "132"
2  being the proper number;
3
4    Dkt. 1, pg. 61, the paragraph number "115" is an error with the number "133"
5  being the proper number;
6
7    Dkt. 1, pg. 62, the paragraph number "116" is an error with the number "134"
8  being the proper number;
9    Dkt. 1, pg. 62, the paragraph number "117" is an error with the number "135"
10
11  being the proper number;
12    Dkt. 1, pg. 62, the paragraph number "118" is an error with the number "136"
13  being the proper number;
14
15    Dkt. 1, pg. 62, the paragraph number "119" is an error with the number "137"
16  being the proper number;
17
18    Dkt. 1, pg. 63 the paragraph number "120" is an error with the number "138"
19  being the proper number;
20    Dkt. 1, pg. 63, the paragraph number "121" is an error with the number "139"
21
22  being the proper number;
23    Dkt. 1, pg. 63, the paragraph number "122" is an error with the number "140"
24  being the proper number;
25
26    Dkt. 1, pg. 63, the paragraph number "123" is an error with the number "141"
27  being the proper number;
28

Dkt. 1, pg. 64, the paragraph number "124" is an error with the number "142" being the proper number;

Dkt. 1, pg. 64, ln. 20, the sentence starting with "Section 7 of the Illinois Consumer Fraud Act provides," does not have a paragraph number, which is an error, and with the number "143" being the proper paragraph number;

Dkt. 1, pg. 65, the paragraph number "126" is an error with the number "144" being the proper number;

Dkt. 1, pg. 65, the paragraph number "127" is an error with the number "145" being the proper number;

Dkt. 1, pg. 65, the paragraph number "128" is an error with the number "146" being the proper number;

Dkt. 1, pg. 67, the paragraph number "129" is an error with the number "147" being the proper number;

Dkt. 1, pg. 67, the paragraph number "130" is an error with the number "148" being the proper number;

Dkt. 1, pg. 67, the paragraph number "131" is an error with the number "149" being the proper number;

Dkt. 1, pg. 67, the paragraph number "132" is an error with the number "150" being the proper number;

Dkt. 1, pg. 68, the paragraph number "133" is an error with the number "151" being the proper number;

Dkt. 1, pg. 68, the paragraph number "134" is an error with the number "152" being the proper number;

Dkt. 1, pg. 68, the paragraph number "135" is an error with the number "153" being the proper number;

Dkt. 1, pg. 68, the paragraph number "136" is an error with the number "154" being the proper number;

Dkt. 1, pg. 69, the paragraph number "137" is an error with the number "155" being the proper number;

Dkt. 1, pg. 69, the paragraph number "138" is an error with the number "156" being the proper number;

Dkt. 1, pg. 69, the paragraph number "139" is an error with the number "157" being the proper number;

Dkt. 1, pg. 69, the paragraph number "140" is an error with the number "158" being the proper number;

Dkt. 1, pg. 69, the paragraph number "141" is an error with the number "159" being the proper number;

Dkt. 1, pg. 69, the paragraph number "142" is an error with the number "160" being the proper number;

Dkt. 1, pg. 70, the paragraph number "143" is an error with the number "161" being the proper number;

Dkt. 1, pg. 70, the paragraph number "144" is an error with the number "162" being the proper number;

Dkt. 1, pg. 70, the paragraph number "145" is an error with the number "163" being the proper number;

Dkt. 1, pg. 70, the paragraph number "146" is an error with the number "164" being the proper number;

Dkt. 1, pg. 70, the paragraph number "147" is an error with the number "165" being the proper number;

Dkt. 1, pg. 70, the paragraph number "148" is an error with the number "166" being the proper number;

Dkt. 1, pg. 71, the paragraph number "149" is an error with the number "167" being the proper number;

Dkt. 1, pg. 71, the paragraph number "150" is an error with the number "168" being the proper number;

Dkt. 1, pg. 71, the paragraph number "151" is an error with the number "169" being the proper number;

Dkt. 1, pg. 71, the paragraph number "152" is an error with the number "170" being the proper number;

1  Dkt. 1, pg. 71, the paragraph number "153" is an error with the number "171"
2  being the proper number;
3
4  Dkt. 1, pg. 71, the paragraph number "154" is an error with the number "172"
5  being the proper number;
6
   Dkt. 1, pg. 72, the paragraph number "155" is an error with the number "173"
7
8  being the proper number;
9
   Dkt. 1, pg. 72, the paragraph number "156" is an error with the number "174"
10
11 being the proper number;
12 Dkt. 1, pg. 72, the paragraph number "157" is an error with the number "175"
13
14 being the proper number;
15 Dkt. 1, pg. 72, the paragraph number "158" is an error with the number "176"
16 being the proper number;
17
18 Dkt. 1, pg. 72, the paragraph number "159" is an error with the number "177"
19 being the proper number;
20
21 Dkt. 1, pg. 72, the paragraph number "160" is an error with the number "178"
22 being the proper number;
23 Dkt. 1, pg. 73, the paragraph number "161" is an error with the number "179"
24
25 being the proper number;
26 Dkt. 1, pg. 73, the paragraph number "162" is an error with the number "180"
27 being the proper number;
28

Dkt. 1, pg. 73, the paragraph number "163" is an error with the number "181" being the proper number;

Dkt. 1, pg. 73, the paragraph number "164" is an error with the number "182" being the proper number;

Dkt. 1, pg. 73, the paragraph number "165" is an error with the number "183" being the proper number;

Dkt. 1, pg. 73, the paragraph number "166" is an error with the number "184" being the proper number;

Dkt. 1, pg. 74, the paragraph number "167" is an error with the number "185" being the proper number;

Dkt. 1, pg. 74, the paragraph number "168" is an error with the number "186" being the proper number;

Dkt. 1, pg. 74, the paragraph number "169" is an error with the number "187" being the proper number;

Dkt. 1, pg. 74, the paragraph number "170" is an error with the number "188" being the proper number;

Dkt. 1, pg. 74, the paragraph number "171" is an error with the number "189" being the proper number;

Dkt. 1, pg. 75, the paragraph number "172" is an error with the number "190" being the proper number;

Dated:  January 20, 2026

Respectfully submitted,


/s/ Elizabeth C. Scott
ELIZABETH C. SCOTT (*pro hac vice*)
escott@ftc.gov
TAYLOR H. ARANA (*pro hac vice*)
tarana@ftc.gov
CLAIRE E.W. STEWART (*pro hac vice*)
cstewart@ftc.gov
FEDERAL TRADE COMMISSION
230 South Dearborn Street, Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5609 (Scott)
Telephone: (312) 960-5639 (Arana)
Telephone: (312) 960-5615 (Stewart)

AARON M. SCHUE (CA BAR NO. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300

*Counsel for Plaintiff*
*Federal Trade Commission*


/s/*Brady J. Grassmeyer*
Brady J. Grassmeyer (*pro hac vice*)
Brady.Grassmeyer@coag.gov
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6263

*Attorney for the Colorado Attorney General*

/s/ *Donna Cecilia Valin*
Donna Valin, Special Counsel, Assistant Attorney General (*pro hac vice*)
Donna.valin@myfloridalegal.com
Consumer Protection Division
135 West Central Blvd.
Orlando, FL 32801
Telephone: (407) 316-4840
Fax: (407) 245-0365

*Attorney for the State of Florida*

/s/ *Alexandra A. Golota*
ALEXANDRA A. GOLOTA (*pro hac vice*)
alexandra.golota@ilag.gov
WILTON A. PERSON (*pro hac vice*)
Wilton.Person@ilag.gov
Office of the Illinois Attorney General
Consumer Fraud Bureau
115 S. LaSalle Street, 26th Floor
Chicago, Illinois 60603
Telephone:   (872) 272-0794 (Golota)
             (224) 252-6458 (Person)

*Attorneys for the State of Illinois*


/s/ *Benjamin J. Swanson*
Benjamin J. Swanson (*pro hac vice*)
benjamin.swanson@nebraska.gov
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68508
Telephone: (402) 471-7759

*Attorney for the State of Nebraska*

/s/ *Kelley L. Groover*
KELLEY GROOVER, Sr. Assistant Attorney General/Managing Attorney (*pro hac vice*)
Kelley.Groover@ag.tn.gov

KRISTINE KNOWLES, Assistant Attorney General (*pro hac vice*)
Kristine.Knowles@ag.tn.gov
OFFICE OF THE TENNESSEE ATTORNEY GENERAL
Public Protection Section
Consumer Protection Division
UBS Tower, 20th Floor
315 Deaderick Street
Nashville, Tennessee 37243
Telephone: (615) 741-1671
Fax: (615) 532-2910

*Attorneys for the State of Tennessee*

/s/ *Stevenson Smith*
Stevenson Smith (*pro hac vice*), Assistant Attorney General
scsmith@agutah.gov
Utah Attorney General's Office
160 East 300 South, Fifth Floor
Salt Lake City, UT 84114
Telephone: (801) 366-0310

*Attorneys for the State of Utah and the Utah Division of Consumer Protection*

/s/ *Chandler P. Crenshaw*
CHANDLER P. CRENSHAW (*pro hac vice*)
Assistant Attorney General and Unit Manager
CCrenshaw@oag.state.va.us
Assistant Attorney General and Unit Manager
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Telephone:  (804) 786-2071
Fax:              (804) 786-0122

*Attorney for Plaintiff Commonwealth of Virginia*