UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT
1/12/2026
CENTRAL DISTRICT OF CALIFORNIA
BY:        GSA        DEPUTY
```

**FEDERAL TRADE COMMISSION, et al.,**

Plaintiffs,

v.

**LIVE NATION ENTERTAINMENT, INC., et al.,**

Defendants.

Case No. 2:25-cv-08884

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE**

JOSEPH ANTHONY REYNA

Pursuant to Federal Rule of Civil Procedure 7 and the Court's inherent authority to permit amicus participation, proposed amicus curiae **Joseph Anthony Reyna** respectfully moves for leave to file the accompanying **Brief of Amicus Curiae in Support of Neither Party**.

## I. IDENTITY AND INTEREST OF PROPOSED AMICUS

Joseph Anthony Reyna is an independent researcher, nonprofit director, and public-interest litigant who has examined platform-mediated markets, digital pricing systems, labor allocation, and information asymmetries in regulated and quasi-regulated industries, including live entertainment and ticketing.

Proposed amicus does not represent any party, has no financial interest in the outcome of this litigation, and submits the proposed brief solely to assist the Court.

## II. PURPOSE AND USEFULNESS OF THE PROPOSED AMICUS BRIEF

The proposed amicus brief does not advocate for either party and does not address the merits of any specific claim or defense. Instead, it offers a **neutral analytical framework** for evaluating:

- system-mediated market power and vertical integration;

- licensing-based access and downstream market non-formation;

- cumulative interface effects relevant to consumer-protection analysis;

- upstream labor-pipeline signaling and risk externalization; and

- preservation of transient, algorithmically generated records.

These issues arise in an increasing number of platform-mediated cases and may affect how evidence, conduct, and market effects are evaluated, independent of the ultimate disposition of the claims. The proposed brief is intended to assist the Court in addressing these structural considerations deliberately, rather than implicitly, and is not duplicative of the parties' briefing.

### III. MEET-AND-CONFER COMPLIANCE (C.D. CAL. L.R. 7-3)

On **December 26, 2025**, proposed amicus initiated a good-faith meet-and-confer request with counsel for all parties regarding this motion.

More than ten (10) days elapsed before a response was received, and the response did not oppose or resolve the contemplated filing.

### IV. NO PREJUDICE TO THE PARTIES OR THE RECORD

Granting leave will not prejudice any party. The proposed amicus brief:

- supports neither side,

- introduces no evidence,

- does not seek to expand the record, and

- does not request judicial notice of any material.

The brief is offered solely to assist the Court's consideration of the legal and structural context in which the parties' arguments are presented.

## V. CONCLUSION

For the foregoing reasons, proposed amicus respectfully requests that the Court grant leave to file the accompanying Brief of Amicus Curiae.

**Respectfully submitted,**

/s/ **Joseph Anthony Reyna (JoeCat®)**

Amicus Curiae

Austin, TX, 78731

WhiteHat@JoeCattt.com

## CERTIFICATE OF SERVICE

I hereby certify that on **January 6, 2026**, I caused the foregoing **Motion for Leave to File Brief of Amicus Curiae**, together with the proposed order and proposed amicus curiae brief, to be served as follows:

- **By U.S. Mail** on the Clerk of Court, United States District Court for the Central District of California; and

- **By electronic mail** on counsel of record for Plaintiffs and Defendants at the email addresses reflected on the Court's docket and used in prior communications regarding this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **January 6, 2026**.

---

**/s/ Joseph Anthony Reyna (JoeCat®)**

Amicus Curiae

Austin, TX, 78731

WhiteHat@JoeCattt.com

Dreams Over Dollars
5900 Balcones Dr. #16077
Austin, Texas 78731

Clerk of Court
United States District Court
Central District of California
255 E. Temple Street, Suite 940
Los Angeles, CA 90012



Sub

JAN 12 2026
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

Re: FTC et al. v. Live Nation Entertainment, Inc., et al.,
Case No. 2:25-cv-08884