UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**LODGED**
CLERK, U.S. DISTRICT COURT
1/12/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ___GSA___ DEPTUTY

**FEDERAL TRADE COMMISSION, et al.,**

Plaintiffs,

v.

**LIVE NATION ENTERTAINMENT, INC., et al.,**

Defendants.

Case No. 2:25-cv-08884

---

The Court, having considered the **Motion for Leave to File Brief of Amicus Curiae Joseph Anthony Reyna**, and finding good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

The Clerk is directed to file the proposed **Brief of Amicus Curiae in Support of Neither Party**.

---

IT IS SO ORDERED.

Dated: _____

6

_____
UNITED STATES DISTRICT JUDGE

Dreams Over Dollars
5900 Balcones Dr. #16077
Austin, Texas 78731

[Stamp: FILED U.S. DISTRICT COURT JAN 12 2026 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY]

Clerk of Court
United States District Court
Central District of California
255 E. Temple Street, Suite 940
Los Angeles, CA 90012

Re: FTC et al. v. Live Nation Entertainment, Inc., et al.,
Case No. 2:25-cv-08884