ELIZABETH C. SCOTT (*pro hac vice*)
escott@ftc.gov
TAYLOR H. ARANA (*pro hac vice*)
tarana@ftc.gov
CLAIRE E.W. STEWART (*pro hac vice*)
cstewart@ftc.gov
FEDERAL TRADE COMMISSION
230 South Dearborn Street, Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5609 (Scott)
Telephone: (312) 960-5639 (Arana)
Telephone: (312) 960-5615 (Stewart)

Local Counsel:
AARON M. SCHUE (CA BAR NO. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br>and<br>TICKETMASTER, L.L.C.,<br><br>    Defendants. | Case No. 2:25-CV-08884<br><br>**PLAINTIFF FTC'S UNOPPOSED EX PARTE APPLICATION TO STAY PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS**<br><br>**HON. MAAME EWUSI-MENSAH FRIMPONG** |

    Plaintiff Federal Trade Commission ("FTC") hereby moves the Court for an order temporarily staying all proceedings in this action during the ongoing lapse of appropriations. In support of this motion, counsel for the FTC states as follows:

    1.  At the end of the day on January 30, 2026, the continuing resolution that had been funding the FTC expired, and appropriations to the FTC lapsed. The FTC currently lacks appropriated funds to continue operating and does not know when funding will be restored.

    2.  Absent an appropriation, FTC attorneys and other employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

    3.  Undersigned counsel for the FTC therefore requests that the Court stay all deadlines in this case until Congress has restored appropriations to the FTC.

    4.  Plaintiffs anticipate seeking leave to file a short surreply on Defendants' motion to dismiss. [ECF-55]. The parties met and conferred this morning. Under Local Rule 7-3, Plaintiffs can file their motion no earlier than February 9, 2026. If a stay is granted, Plaintiffs will make every effort to file their motion as soon as possible after Congress has restored appropriations to the FTC and any stay in this case is lifted.

5. If this motion is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the FTC. The FTC requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the stay.

6. Because there is not time for this application to be heard according to regular motion procedures, ex parte relief is appropriate. L.R. 7-19; s*ee, e.g., Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). Pursuant to Local Rule 7-19.1, the FTC gave notice to Defendants of this ex parte application via counsel for Defendants, Michael H. Rubin (505 Montgomery St., Ste. 2000, San Francisco, CA 94111-6538; (415) 391-0600; michael.rubin@lw.com) and Alexander C.K. Wyman (10250 Constellation Blvd., Ste. 1100; (424) 653-5500; alex.wyman@lw.com), both of Latham & Watkins LLP. Defendants' counsel has authorized counsel for the FTC to state that they do not oppose this motion for a stay. Counsel for the state plaintiffs have authorized counsel for the FTC to state that they do not oppose this motion for a stay.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves the Court for an Order temporarily staying this case until FTC attorneys are permitted to resume their usual civil litigation functions.

Dated: February 2, 2026           Respectfully submitted,

/s/ELIZABETH C. SCOTT
ELIZABETH C. SCOTT (*pro hac vice*)
escott@ftc.gov
TAYLOR H. ARANA (*pro hac vice*)
tarana@ftc.gov
CLAIRE E.W. STEWART (*pro hac vice*)
cstewart@ftc.gov
FEDERAL TRADE COMMISSION
230 South Dearborn Street, Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5609 (Scott)
Telephone: (312) 960-5639 (Arana)
Telephone: (312) 960-5615 (Stewart)

AARON M. SCHUE (CA BAR NO. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300

*Counsel for Plaintiff*
*Federal Trade Commission*