ELIZABETH C. SCOTT (*pro hac vice*)
escott@ftc.gov
TAYLOR H. ARANA (*pro hac vice*)
tarana@ftc.gov
CLAIRE E.W. STEWART (*pro hac vice*)
cstewart@ftc.gov
FEDERAL TRADE COMMISSION
230 South Dearborn Street, Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5609 (Scott)
Telephone: (312) 960-5639 (Arana)
Telephone: (312) 960-5615 (Stewart)

Local Counsel:
AARON M. SCHUE (CA BAR NO. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br>and<br>TICKETMASTER, L.L.C.,<br><br>    Defendants. | Case No. 2:25-CV-08884<br><br>**PLAINTIFFS' L.R. 7-16 NOTICE OF WITHDRAWAL OF DKT. 87, PLAINTIFF FTC'S UNOPPOSED EX PARTE APPLICATION TO STAY PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS**<br><br>**HON. MAAME EWUSI-MENSAH FRIMPONG** |

**To the Court and to all parties and their attorneys of record:**

On February 2, 2026, the Federal Trade Commission ("FTC") filed an Unopposed Ex Parte Application to Stay Proceedings in Light of Lapse of Appropriations. Dkt. 87. Please take notice that pursuant to Local Rule 7-16, the FTC, by and through undersigned counsel, hereby withdraws its Unopposed Ex Parte Application to Stay Proceedings in Light of Lapse of Appropriations.

Dated:  February 3, 2026

Respectfully submitted,

/s/ Elizabeth C. Scott
ELIZABETH C. SCOTT (*pro hac vice*)
escott@ftc.gov
TAYLOR H. ARANA (*pro hac vice*)
tarana@ftc.gov
CLAIRE E.W. STEWART (*pro hac vice*)
cstewart@ftc.gov
FEDERAL TRADE COMMISSION
230 South Dearborn Street, Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5609 (Scott)
Telephone: (312) 960-5639 (Arana)
Telephone: (312) 960-5615 (Stewart)

AARON M. SCHUE (CA BAR NO. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300

*Counsel for Plaintiff*
*Federal Trade Commission*