ALEXANDRA A. GOLOTA (*pro hac vice*)
alexandra.golota@ilag.gov
WILTON A. PERSON (*pro hac vice*)
Wilton.Person@ilag.gov
Office of the Illinois Attorney General
Consumer Fraud Bureau
115 S. LaSalle Street, 26th Floor
Chicago, Illinois 60603
Telephone: (872) 272-0794 (Golota)
              (224) 252-6458 (Person)

*Attorneys for the State of Illinois*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, L.L.C., <br><br> Defendants. | Case No. 2:25-CV-08884 <br><br> **PLAINTIFF THE PEOPLE OF THE STATE OF ILLINOIS' UNOPPOSED REQUEST TO APPEAR VIA ZOOM FOR HEARING ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** <br><br> **Date:** February 19, 2026 <br> **Time:** 10:00 AM <br> **Place:** Courtroom 8B |

**TO THIS HONORABLE COURT:**

Pursuant to this Courtroom's rules, Plaintiff The People of the State of Illinois requests the Court to permit its counsel, Alexandra A. Golota and Wilton A. Person, to appear via zoom for the hearing on Defendants' Motion to Dismiss the Complaint (ECF-55), currently scheduled for Feb. 19, 2026:

Good cause exists for this request because Alexandra A. Golota and Wilton A. Person reside and work in Chicago, Illinois. Plaintiff Federal Trade Commission intends to appear at the hearing in person.

Consistent with Local Rule 7-3, Movant met and conferred with Defendants Live Nation Entertainment, LLC and Ticketmaster LLC, and Defendants do not oppose this motion to appear via Zoom. A proposed order is lodged as an attachment to this unopposed request.

Respectfully Submitted,

By: */s/Wilton A. Person*
WILTON A. PERSON (*pro hac vice*)
Wilton.Person@ilag.gov
ALEXANDRA A. GOLOTA (*pro hac vice*)
alexandra.golota@ilag.gov

Office of the Illinois Attorney General
Consumer Fraud Bureau
115 S. LaSalle Street, 26th Floor
Chicago, Illinois 60603
Telephone: (872) 272-0794 (Golota)
                  (224) 252-6458 (Person)

*Attorneys for the State of Illinois*

-2-