1  ELIZABETH C. SCOTT (*pro hac vice*)
   escott@ftc.gov
2  TAYLOR H. ARANA (*pro hac vice*)
3  tarana@ftc.gov
   CLAIRE E.W. STEWART (*pro hac vice*)
4  cstewart@ftc.gov
5  FEDERAL TRADE COMMISSION
   230 South Dearborn Street, Suite 3030
6  Chicago, IL 60604
7  Telephone: (312) 960-5609 (Scott)
8  Telephone: (312) 960-5639 (Arana)
   Telephone: (312) 960-5615 (Stewart)
9
10 Local Counsel:
   AARON M. SCHUE (CA BAR NO. 338760)
11 aschue@ftc.gov
12 FEDERAL TRADE COMMISSION
   10990 Wilshire Boulevard, Suite 400
13 Los Angeles, CA 90024
14 Telephone: (310) 824-4300
15
   Attorneys for Plaintiff
16 FEDERAL TRADE COMMISSION
17

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, et al., | Case No. 2:25-CV-08884 |
|---|---|
| Plaintiffs, | **DECLARATION OF ELIZABETH C. SCOTT IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE** |
| v. | |
| LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, L.L.C., | **NO HEARING NOTICED** |
| Defendants. | **HON. MAAME EWUSI-MENSAH FRIMPONG** |

## DECLARATION OF ELIZABETH C. SCOTT

Pursuant to 28 U.S.C. § 1746, I declare the following:

1. My name is Elizabeth C. Scott. I am a United States citizen over the age of eighteen. I am competent to make this declaration, and I am not a party to the above-captioned litigation. I have personal knowledge of the statements set forth in this declaration, and if called upon as a witness to testify about the matters to which this declaration refers, I could and would be able to do so.

2. I am an attorney in the Midwest Regional Office of the Federal Trade Commission ("FTC") in Chicago, IL. I am counsel of record for the FTC in the above-captioned litigation.

3. I make this declaration in support of Plaintiffs' Motion For Leave to File Plaintiffs' Sur-reply in Opposition to Defendants' Motion to Dismiss Complaint for Permanent Injunction, Monetary Relief, Civil Penalties, and Other Relief ("Motion").

4. Pursuant to Local Rule 7-3, on February 2, 2026, I met and conferred via teleconference with counsel for Defendants to seek consent for the filing of this Motion and accompanying sur-reply. Defendants indicated that they oppose this Motion because they do not agree that the three arguments addressed in the proposed sur-reply are arguments raised for the first time in their reply.

5. Pursuant to Local Rule 7-15, Plaintiffs believe that this Motion can be decided without a hearing and thus waive their right to oral argument.

Executed on February 9, 2026, at Chicago, Illinois.

_____
ELIZABETH C. SCOTT