# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br>and<br>TICKETMASTER, L.L.C.,<br><br>    Defendants. | Case No. 2:25-CV-08884<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR PERMANENT INJUNCTION, MONETARY RELIEF, CIVIL PENALTIES, AND OTHER RELIEF**<br><br>**HON. MAAME EWUSI-MENSAH FRIMPONG** |

Upon consideration of Plaintiffs' Motion for Leave to File Plaintiffs' Sur-Reply in Opposition to Defendants' Motion to Dismiss Complaint for Permanent Injunction, Monetary Relief, Civil Penalties, and Other Relief, ("Motion") it is hereby **ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk shall file Plaintiffs' proposed sur-reply, attached as Exhibit 1 to the Motion.

**IT IS SO ORDERED**, this _____ day of _____, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE