Benjamin J. Swanson
Office of the Nebraska Attorney General
1445 K Street, Room 2115
Lincoln, NE 68508
(402) 471-7759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC. <br> and <br> TICKETMASTER, L.L.C., <br><br> Defendants. | Case No. 2:25-CV-08884 <br><br> **PLAINTIFF STATE OF NEBRASKA'S UNOPPOSED REQUEST TO APPEAR VIA ZOOM FOR HEARING ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** <br><br> **Date:** February 19, 2026 <br> **Time:** 10:00 AM <br> **Place:** Courtroom 8B |

**TO THIS HONORABLE COURT:**

Pursuant to this Courtroom's rules, Plaintiff State of Nebraska requests the Court to permit its counsel, Benjamin J. Swanson, to appear via zoom for the hearing on Defendants' Motion to Dismiss the Complaint (ECF-55), currently scheduled for Feb. 19, 2026:

Good cause exists for this request because Benjamin resides and works in Lincoln, NE. Plaintiff Federal Trade Commission intends to appear at the hearing in person.

Consistent with Local Rule 7-3, Movant met and conferred with Defendants Live Nation Entertainment, LLC and Ticketmaster LLC, and Defendants do not oppose this motion to appear via Zoom. A proposed order is lodged as an attachment to this unopposed request.

Respectfully Submitted,

By: */s/ Benjamin J. Swanson*
Benjamin J. Swanson (*pro hac vice*)
benjamin.swanson@nebraska.gov
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
1445 K Street, Room 2115
Lincoln, NE 68508
(402) 471-7759