UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION; ATTORNEY GENERAL OF COLORADO; OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS; THE PEOPLE OF THE STATE OF ILLINOIS; STATE OF NEBRASKA; STATE OF TENNESSEE; STATE OF UTAH; UTAH DIVISION OF CONSUMER PROTECTION; COMMONWEALTH OF VIRGINIA,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C.,<br><br>Defendants. | Case No.: 2:25-cv-08884-MEMF-MAA<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR PERMANENT INJUNCTION, MONETARY RELIEF, CIVIL PENALTIES, AND OTHER RELIEF [ECF NO. 97]** |

On February 9, 2026, Plaintiffs filed a Motion for Leave to File Plaintiffs' Sur-Reply in Opposition to Defendants' Motion to Dismiss Complaint for Permanent Injunction, Monetary Relief, Civil Penalties, and Other Relief ("Motion"). On February 13, 2026, Defendants filed an Opposition to Plaintiffs' Motion for Leave to File Sur-Reply ("Opposition").

The Court, having considered Plaintiffs' Motion and Defendants' Opposition, hereby DENIES the Motion.

IT IS SO ORDERED.

Dated: _____, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge