UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | Case No.: 2:25-cv-08884-MEMF-MAA |
| Plaintiffs, | **ORDER GRANTING STIPULATION BY PARTIES AND AMICI CURIAE SENATORS PURSUANT TO LOCAL RULE 7-1 [DKT. NO. 82]** |
| v. | |
| LIVE NATION ENTERTAINMENT, INC., et al., | |
| Defendants. | |

On January 30, 2026, United States Senators Marsha Blackburn (Tennessee), Richard Blumenthal (Connecticut), John Cornyn (Texas), Josh Hawley (Missouri), John Kennedy (Louisiana), Ben Ray Luján (New Mexico), and Bernie Moreno (Ohio) (collectively "Amici Curiae Senators") sought leave to file an amicus curiae brief, in support of the Plaintiff, the Federal Trade Commission, in opposing the Defendants' Motion to Dismiss in this matter. Dkt. No. 81. That request has been granted in a separate order.

Also on January 30, 2026, the Parties and Amici Curiae Senators filed a Stipulation to allow Defendants time to respond to new arguments raised in the Amicus Brief after Amicus Brief is filed. Dkt. No. 82. In the Stipulation, Defendants stated they do not intend to request a continuance of the February 19, 2026 hearing date on their Motion to Dismiss, Dkt. No. 55.

The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1.  Defendants may respond to new arguments raised in the Amicus Brief by no later than

2. seven days after the Amicus Brief is filed. Defendants' response will not exceed the length of the Amicus Brief.

IT IS SO ORDERED.

Dated: February 17, 2026

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge