# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

**COURT USE ONLY DUE DATE:**

**1a. Contact Person for this Order:** Jennifer Rie

**1b. Attorney Name (if different):**

**2a. Contact Phone Number:** 212-617-5304

**2b. Attorney Phone Number:**

**3a. Contact E-mail Address:** JRIE1@Bloomberg.net

**3b. Attorney E-mail Address:**

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Bloomberg LP
731 Lexington Avenue
New York, NY 10022

**5. Name & Role of Party Represented:** Non-Party Jennifer Rie

**6. Case Name:** Federal Trade Commission et al v. Live Nation Entert.

**7a. District Court Case Number:** 2:25-cv-08884

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):**
[X] DIGITALLY RECORDED    [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal  [ ] Criminal  [X] Civil  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis

**10. TRANSCRIPT(S) REQUESTED**

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING |
|---|---|---|---|---|---|---|---|---|---|
| Feb. 19 | N/A | Trimpong J | Hearing - Full Transcript | ● | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ |

**c. RELEASE OF TRANS. RESTRICTION DATE:** Real Time ~~DAILY (spoke with ordering party)~~

**d. DELIVERY TYPE** (30-day, 14-day, 7-day, 3-day, Daily, Hourly)

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.:**
Please advise as to payment methods. The hearing was on Feb. 19 at 10:30 before Judge Trimpong.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges...

**Date:** Feb. 20, 2026

**Signature:** [signed]

G-120 (06/18)