# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-08884-MEMF-MAAx | Date | February 19, 2026 |
| Title | Federal Trade Commission et al v. Live Nation Entertainment, Inc. et al | Page | 1 of 1 |

Present: The Honorable **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

| Patricia Kim | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Claire E. W. Stewart | Alexander Wyman |
| Taylor H. Arana | Michael H. Rubin |
| Brady J. Grassmeyer | William A. Schildknecht |
| Donna C. Valin (Zoom) | |
| Alexandra A. Golota (Zoom) | |
| Kristin M. Knowles (Zoom) | |
| Stevenson Smith | |
| Chandler P. Crenshaw (Zoom) | |
| Benjamin J. Swanson (Zoom) | |

**Proceedings:  DEFENDANT'S MOTION TO DISMISS [55]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED**.