ELIZABETH C. SCOTT (*pro hac vice*)
escott@ftc.gov
TAYLOR H. ARANA (*pro hac vice*)
tarana@ftc.gov
CLAIRE E.W. STEWART (*pro hac vice*)
cstewart@ftc.gov
FEDERAL TRADE COMMISSION
230 South Dearborn Street, Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5609 (Scott)
Telephone: (312) 960-5639 (Arana)
Telephone: (312) 960-5615 (Stewart)

Local Counsel:
AARON M. SCHUE (CA BAR NO. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | Case No. 2:25-CV-08884 |
| Plaintiffs, | |
| v. | **PLAINTIFF FTC'S NOTICE OF SUPPLEMENTAL AUTHORITY** |
| LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, L.L.C., | |
| Defendants. | **HON. MAAME EWUSI-MENSAH FRIMPONG** |

**To the Court and to all parties and their attorneys of record:**

In the interest of ensuring the Court is aware of other federal district court decisions under the Better Online Ticket Sales Act, 15 U.S.C. § 45c, Plaintiff Federal Trade Commission notes that yesterday, in an enforcement action the Commission brought against a ticket broker, the District of Maryland denied the broker's motion to dismiss. The court's order, which further supports the Plaintiffs' opposition (Dkt. 64) to Defendants' motion to dismiss (Dkt. 55), is filed herewith as Exhibit A.

Dated:  April 30, 2026

Respectfully submitted,


/s/ Elizabeth C. Scott
ELIZABETH C. SCOTT (*pro hac vice*)
escott@ftc.gov
TAYLOR H. ARANA (*pro hac vice*)
tarana@ftc.gov
CLAIRE E.W. STEWART (*pro hac vice*)
cstewart@ftc.gov
FEDERAL TRADE COMMISSION
230 South Dearborn Street, Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5609 (Scott)
Telephone: (312) 960-5639 (Arana)
Telephone: (312) 960-5615 (Stewart)

AARON M. SCHUE (CA BAR NO. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300

*Counsel for Plaintiff*
*Federal Trade Commission*