# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-5

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:25-cv-08884-MEMF-MAA Date September 30, 2026

Title: Federal Trade Commission et al v. Live Nation Entertainment, Inc. et al

Present: The Honorable Maame Ewusi-Mensah Frimpong

| Damon Berry | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: N/A

Attorneys Present for Defendants: N/A

Proceedings: ☐ In Court ☒ In Chambers ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated ______________________.

☐ Case settled but may be reopened if settlement is not consummated within ________________ days. Make JS-6.

☒ Other This case is reopened by ECF No. 51.

☐ Entered ____________________________.

Initials of Preparer DBE