PEISHEN ZHOU (*pro hac vice*)
peishenzhou@agutah.gov
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
Telephone: (801) 366-0310

Local Counsel:
AARON M. SCHUE (CA BAR NO. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300

Attorney for Plaintiffs
THE STATE OF UTAH AND THE UTAH DIVISION OF CONSUMER PROTECTION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.<br>and<br>TICKETMASTER, L.L.C.,<br><br>Defendants. | Case No. 2:25-CV-08884<br><br>**NOTICE OF CHANGE OF LEAD COUNSEL FOR PLAINTIFFS STATE OF UTAH AND UTAH DIVISION OF CONSUMER PROTECTION** |

The current lead attorney for Plaintiffs the State of Utah and the Utah Division of Consumer Protection is Stevenson C. Smith. Through this Notice, Peishen Zhou is now designated as lead attorney.

Dated: October 7, 2026

Respectfully Submitted,

By: /s/ Peishen Zhou
Peishen Zhou (*pro hac vice*)
Assistant Attorney General
peishenzhou@agutah.gov
Office of the Utah Attorney General
160 East 300 South, Fifth Floor
Salt Lake City, UT 84114
Telephone: (801) 366-0310