**ATTORNEY GENERAL OF COLORADO**
Brady Grassmeyer (*pro hac vice*)
brady.grassmeyer@coag.gov
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6263

**Local Counsel:**
AARON M. SCHUE (CA BAR NO. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et. al.,<br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, L.L.C.,<br><br>Defendants. | Case No. 2:25-CV-08884<br><br>**PLAINTIFF ATTORNEY GENERAL OF COLORADO'S UNOPPOSED MOTION FOR REMOTE APPEARANCE AT SCHEDULING CONFERENCE**<br><br>**Date:** October 29, 2026<br>**Time:** 10:00 AM<br>**Place:** Courtroom 8B |

**TO THIS HONORABLE COURT:**

Pursuant to this Court's rules, Plaintiff the Attorney General of Colorado hereby submits this request to permit its counsel Brady J. Grassmeyer to appear remotely via Zoom for the Initial Scheduling Conference (ECF-55) to be held on October 29, 2026, at 10:00 a.m.

Good cause exists for this request because Brady J. Grassmeyer resides and works in Denver, Colorado and judicial efficiency is promoted by allowing him to

appear at the scheduling conference remotely. Co-Plaintiff Federal Trade Commission intends to appear at the conference in person.

Consistent with Local Rule 7-3, undersigned counsel met and conferred with Defendants Live Nation Entertainment, LLC and Ticketmaster LLC, and Defendants do not oppose this motion to appear remotely. A proposed order is lodged as an attachment to this unopposed request.

Dated: October 22, 2026

Respectfully submitted,

PHILIP J. WEISER
Attorney General
State of Colorado

/s/*Brady J. Grassmeyer*
Brady J. Grassmeyer (*pro hac vice*)
Brady.Grassmeyer@coag.gov
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6263
*Attorney for the Attorney General of Colorado*

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2026, the foregoing document was served on all counsel of record in this case via the Court's electronic filing system.

/s/*Rick VanWie*
Rick VanWie, Paralegal
Colorado Department of Law