**LATHAM & WATKINS LLP**
Michael H. Rubin (Bar No. 214636)
*michael.rubin@lw.com*
Scott D. Joiner (Bar No. 223313)
*scott.joiner@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600

Alexander C.K. Wyman (Bar No. 295339)
*alex.wyman@lw.com*
Will Schildknecht (Bar No. 348372)
*will.schildknecht@lw.com*
Max A. Shapiro (Bar No. 334929)
*max.shapiro@lw.com*
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500

**SIDLEY AUSTIN LLP**
Benjamin M. Mundel (*pro hac vice forthcoming*)
*bmundel@sidley.com*
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8000

Attorneys for Defendants
Live Nation Entertainment, Inc. and Ticketmaster L.L.C.

[*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FEDERAL TRADE COMMISSION; ATTORNEY GENERAL OF COLORADO; OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS; THE PEOPLE OF THE STATE OF ILLINOIS; STATE OF NEBRASKA; STATE OF TENNESSEE; STATE OF UTAH; UTAH DIVISION OF CONSUMER PROTECTION; COMMONWEALTH OF VIRGINIA,

Plaintiffs,

v.

LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C.,

Defendants.

Case No. 2:25-cv-08884-MEMF-MAA

**STIPULATION TO EXCUSE DEFENDANTS' LEAD TRIAL COUNSEL FROM ATTENDING OCTOBER 29, 2026 SCHEDULING CONFERENCE**

District Judge:
Hon. Maame Ewusi-Mensah Frimpong

Plaintiffs Federal Trade Commission; Attorney General of Colorado; Office of the Attorney General, State of Florida, Department of Legal Affairs; The People of the State of Illinois; State of Nebraska; State of Tennessee; State of Utah; Utah Division of Consumer Protection; Commonwealth of Virginia (collectively, the "Plaintiffs"), and Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. ("Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on September 29, 2026, the Court issued an Order setting a Scheduling Conference in this matter for October 29, 2026. Dkt. No. 128. In that Order, the Court required that "lead trial counsel must attend unless excused by the Court for good cause before the conference." *Id.* at 9;

**WHEREAS**, lead trial counsel for Defendants, Michael H. Rubin, is scheduled to attend an all-day mediation in another matter on October 29, 2026, and cannot attend the Scheduling Conference;

**WHEREAS**, the mediation was scheduled before the Court issued its Order setting the October 29, 2026 Scheduling Conference;

**WHEREAS,** the Parties timely filed their Joint Rule 26(f) Report on October 13, 2026 (Dkt. No. 134);

**WHEREAS**, Defendants requested that Alexander C.K. Wyman, counsel of record for Defendants, be permitted to attend the Scheduling Conference on Defendants' behalf because Mr. Wyman is substantially involved in this matter, is fully familiar with the case, and is authorized to address all matters set forth in the Order Setting Scheduling Conference;

**WHEREAS**, on October 23, 2026, Plaintiffs agreed to the requested relief;

**WHEREAS**, this request is made in good faith because the requested relief will not delay the Scheduling Conference and no Party will be prejudiced;

**NOW, THEREFORE,** the Parties, through their respective counsel, hereby **STIPULATE AND JOINTLY REQUEST** that the Court: (1) excuse Michael H. Rubin, lead trial counsel for Defendants, from attending the October 29, 2026 Scheduling Conference for good cause shown; and (2) permit Alexander C.K. Wyman to appear at the Scheduling Conference on behalf of Defendants in lieu of lead trial counsel.

IT IS SO STIPULATED.

**FOR THE FEDERAL TRADE COMMISSION:**

Dated: October 23, 2026

By */s/ Elizabeth C. Scott*

Elizabeth C. Scott (*pro hac vice*)
escott@ftc.gov
Taylor H. Arana (*pro hac vice*)
tarana@ftc.gov
Claire E.W. Stewart (*pro hac vice*)
cstewart@ftc.gov
Guy G. Ward (*pro hac vice*)
gward@ftc.gov
FEDERAL TRADE COMMISSION
230 South Dearborn Street, Ste. 3030
Chicago, IL 60604
Telephone:
312-960-5609 (Scott)
312-960-5639 (Arana)
312-960-5615 (Stewart);
312-960-5601 (Ward)
Fax: 312-960-5600

Local Counsel:

Aaron M. Schue (CA Bar No. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300
Fax: (310) 824-4380

*Attorneys for the Federal Trade Commission*

**FOR THE ATTORNEY GENERAL OF COLORADO:**

Dated: October 23, 2026

PHILIP J. WEISER
Attorney General
State of Colorado

By <u>*/s/ Brady J. Grassmeyer*</u>

Brady J. Grassmeyer (*pro hac vice*)
Brady.Grassmeyer@coag.gov
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6263

*Attorney for the Attorney General of Colorado*

**FOR THE OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS:**

Dated: October 23, 2026

James Uthmeier
*Attorney General*

Ryan Newman
*Chief Deputy Attorney General*

Jason Hilborn
*Deputy Attorney General*
*Civil Division*

By *~~/s/ Donna Cecilia Valin~~*
Donna Cecilia Valin (*pro hac vice*),
*Special Counsel, Assistant Attorney General*
donna.valin@myfloridalegal.com
Consumer Protection Division
135 West Central Blvd.
Orlando, Florida 32801
Telephone: (407) 316-4840

Victoria Ann Butler, *Director*
victoria.butler@myfloridalegal.com
Consumer Protection Division
3507 East Frontage Road, Suite 325
Tampa, Florida 33607
Telephone: (813) 287-7950

Henry Q. Johnson, *Senior Assistant Attorney General*
henry.johnson@myfloridalegal.com
Multistate and Privacy Bureau
110 SE 6th Street, 10th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 712-4600

*Attorneys for the State of Florida*

**FOR THE PEOPLE OF THE STATE OF ILLINOIS:**

Dated: October 23, 2026

KWAME RAOUL
Attorney General

By */s/ Alexandra A. Golota*

ALEXANDRA A. GOLOTA (*pro hac vice*)
alexandra.golota@ilag.gov
WILTON A. PERSON (*pro hac vice*)
Wilton.Person@ilag.gov
Office of the Illinois Attorney General
Consumer Fraud Bureau
115 S. LaSalle Street, 26th Floor
Chicago, Illinois 60603
Telephone:
(872) 272-0794 (Golota)
(224) 252-6458 (Person)

*Attorneys for the State of Illinois*

**FOR THE STATE OF NEBRASKA:**

Dated: October 23, 2026

By */s/ Benjamin J. Swanson*

Benjamin J. Swanson (*pro hac vice*)
benjamin.swanson@nebraska.gov
Michael Greenlee (*pro hac vice* forthcoming)
Michael.Greenlee@Nebraska.gov
Assistant Attorneys General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68508
Telephone: (402) 471-3840

*Attorneys for the State of Nebraska*

**FOR THE STATE OF TENNESSEE:**

Dated: October 23, 2026

JONATHAN SKRMETTI
Attorney General and Reporter

By */s/ Kristine Knowles*
KRISTINE KNOWLES, Assistant Attorney General (*pro hac vice*)
Kristine.Knowles@ag.tn.gov
KELLEY GROOVER, Sr. Assistant Attorney General/Managing Attorney (*pro hac vice*)
Kelley.Groover@ag.tn.gov
DAIMON S. DUGGAR (*pro hac vice forthcoming*)
Daimon.Duggar@ag.tn.gov
OFFICE OF THE TENNESSEE ATTORNEY GENERAL
Public Protection Section
Consumer Protection Division
301 6th Avenue North
Nashville, Tennessee 37243
Telephone: (615) 741-1671
Fax: 1-615-523-3810

*Attorneys for the State of Tennessee*

**FOR THE STATE OF UTAH and the UTAH DIVISION OF CONSUMER PROTECTION:**

Dated: October 23, 2026

DEREK BROWN
Utah Attorney General

Douglas Crapo
Deputy Attorney General

By */s/ Peishen Zhou*
Peishen Zhou (*pro hac vice*)
peishenzhou@agutah.gov
Assistant Attorney General
Utah Attorney General's Office
160 East 300 South, Fifth Floor
Salt Lake City, UT 84114
Telephone: (385) 499-1963

By */s/ Robert Wing*
Robert Wing (*pro hac vice*)
rgwing@agutah.gov
Director, Commercial Enforcement Division
Utah Attorney General's Office
160 East 300 South, Fifth Floor
Salt Lake City, UT 84114
Telephone: (801) 366-0310

*Attorneys for the State of Utah and the Utah Division of Consumer Protection*

**FOR THE COMMONWEALTH OF VIRGINIA, *ex rel.* JAY JONES, ATTORNEY GENERAL:**

Dated: October 23, 2026

JAY JONES
Attorney General of Virginia

By */s/ Chandler P. Crenshaw*
CHANDLER P. CRENSHAW (*pro hac vice*)
CCrenshaw@oag.state.va.us
Assistant Attorney General and Unit Manager
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-2071
Fax: (804) 786-0122

*Attorney for Plaintiff Commonwealth of Virginia*

**FOR LIVE NATION ENTERTAINMENT, INC. AND TICKETMASTER, L.L.C.:**

Dated: October 23, 2026

LATHAM & WATKINS LLP
Michael H. Rubin
Scott D. Joiner
Alexander C.K. Wyman
Will Schildknecht
Max A. Shapiro

SIDLEY AUSTIN LLP
Benjamin M. Mundel

By */s/ Michael H. Rubin*
Michael H. Rubin

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

LATHAM & WATKINS LLP

By *_/s/ Michael H. Rubin_*
Michael H. Rubin

*Attorneys for Defendants*
*Live Nation Entertainment, Inc. and*
*Ticketmaster L.L.C.*