UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION; ATTORNEY GENERAL OF COLORADO; OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS; THE PEOPLE OF THE STATE OF ILLINOIS; STATE OF NEBRASKA; STATE OF TENNESSEE; STATE OF UTAH; UTAH DIVISION OF CONSUMER PROTECTION; COMMONWEALTH OF VIRGINIA,

Plaintiffs,

v.

LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C.,

Defendants.

Case No. 2:25-cv-08884-MEMF-MAA

**[PROPOSED] ORDER GRANTING STIPULATION TO EXCUSE DEFENDANTS' LEAD TRIAL COUNSEL FROM ATTENDING OCTOBER 29, 2026 SCHEDULING CONFERENCE [ECF No. 143]**

On October 23, 2026, Plaintiffs Federal Trade Commission; Attorney General of Colorado; Office of the Attorney General, State Of Florida, Department of Legal Affairs; The People of the State of Illinois; State of Nebraska; State of Tennessee; State

of Utah; Utah Division of Consumer Protection; Commonwealth of Virginia (collectively the "Plaintiffs"), and Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. ("Defendants," and together with Plaintiffs, the "Parties") filed a Stipulation to Excuse Defendants' Lead Trial Counsel from attending the October 29, 2026 Scheduling Conference.

The Parties agree that lead trial counsel for Defendants, Michael H. Rubin, has an all-day mediation scheduled for October 29, 2026. This mediation was scheduled before the Court issued its Order setting the October 29, 2026 Scheduling Conference (ECF No. 128). Defendants requested that Alexander C.K. Wyman, counsel of record for Defendants, be permitted to attend the Scheduling Conference on Defendants' behalf because Mr. Wyman is substantially involved in this matter, is fully familiar with the case, and is authorized to address all matters set forth in the Order Setting Scheduling Conference. All Parties agreed to the request.

The Court, having considered the Parties' Stipulation to Excuse Defendants' Lead Trial Counsel from Attending the October 29, 2026 Scheduling Conference (ECF No. 143), and good cause appearing, ORDERS as follows:

1. Michael H. Rubin, lead trial counsel for Defendants, is excused from attending the Scheduling Conference set for October 29, 2026, because of a previously scheduled all-day mediation.
2. Alexander C.K. Wyman is permitted to appear at the Scheduling Conference on behalf of Defendants in lieu of lead trial counsel and shall be prepared to address all matters identified in the Court's Order Setting Scheduling Conference.

IT IS SO ORDERED.

Dated: October __, 2026

________________________________

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge