ELIZABETH C. SCOTT (*pro hac vice*)
escott@ftc.gov
TAYLOR H. ARANA (*pro hac vice*)
tarana@ftc.gov
CLAIRE E. W. STEWART (*pro hac vice*)
cstewart@ftc.gov
GUY G. WARD (*pro hac vice*)
gward@ftc.gov
FEDERAL TRADE COMMISSION
230 South Dearborn Street, Suite 3030
Chicago, IL 60604
Telephone: (312) 960-5609 (Scott)
Telephone: (312) 960-5639 (Arana)
Telephone: (312) 960-5615 (Stewart)
Telephone: (312) 960-5601 (Ward)

Local Counsel:
AARON M. SCHUE (CA BAR NO. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

[Additional Attorneys for Plaintiffs Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No. 2:25-CV-08884<br><br>**DEMAND FOR JURY TRIAL BY PLAINTIFFS FEDERAL TRADE COMMISSION, THE ATTORNEY GENERAL OF COLORADO, THE OFFICE OF THE ATTORNEY GENERAL,** |

**STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE STATE OF NEBRASKA**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs Federal Trade Commission; the Attorney General of Colorado; the Office of the Attorney General, State of Florida, Department of Legal Affairs; the People of the State of Illinois; and the State of Nebraska demand a trial by jury on all issues so triable.

Dated: October 27, 2026

Respectfully Submitted,

**FOR THE FEDERAL TRADE COMMISSION:**

/s/ *Guy G. Ward*
Elizabeth C. Scott (*pro hac vice*)
escott@ftc.gov
Taylor H. Arana (*pro hac vice*)
tarana@ftc.gov
Claire E. W. Stewart (*pro hac vice*)
cstewart@ftc.gov
Guy G. Ward (*pro hac vice*)
gward@ftc.gov
FEDERAL TRADE COMMISSION
230 South Dearborn Street, Suite 3030
Chicago, IL 60604
Telephone: 312-960-5609 (Scott)
312-960-5639 (Arana)
312-960-5615 (Stewart)
312-960-5601 (Ward)
Fax: 312-960-5600

Local Counsel:
Aaron M. Schue (CA Bar No. 338760)
aschue@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4300
Fax: (310) 824-4380

*Attorneys for the Federal Trade Commission*

**FOR THE ATTORNEY GENERAL OF COLORADO:**

PHILIP J. WEISER
Attorney General
State of Colorado

/s/ *Brady J. Grassmeyer*
Brady J. Grassmeyer (*pro hac vice*)
Brady.Grassmeyer@coag.gov
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6263

*Attorney for the Attorney General of Colorado*

**FOR THE OFFICE OF THE ATTORNEY GENERAL, STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS:**

James Uthmeier
*Attorney General*

Ryan Newman
*Chief Deputy Attorney General*

Jason Hilborn
*Deputy Attorney General*
*Civil Division*

/s/ *Donna C. Valin*
Donna Cecilia Valin (*pro hac vice*), *Special Counsel, Assistant Attorney General*
Email: donna.valin@myfloridalegal.com
Consumer Protection Division
135 West Central Blvd.
Orlando, Florida 32801
Telephone: (407) 316-4840

Victoria Ann Butler, *Director*
Email: victoria.butler@myfloridalegal.com
Consumer Protection Division
3507 East Frontage Road, Suite 325
Tampa, Florida 33607
Telephone: (813) 287-7950

Henry Q. Johnson; *Senior Assistant Attorney General*
Email: henry.johnson@myfloridalegal.com
Multistate and Privacy Bureau
110 SE 6th Street, 10th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 712-4600

*Attorneys for the State of Florida*

**FOR THE PEOPLE OF THE STATE OF ILLINOIS:**

KWAME RAOUL
Attorney General

/s/ *Alexandra A. Golota*
ALEXANDRA A. GOLOTA (*pro hac vice*)
alexandra.golota@ilag.gov
WILTON A. PERSON (*pro hac vice*)
Wilton.Person@ilag.gov
Office of the Illinois Attorney General
Consumer Fraud Bureau
115 S. LaSalle Street, 26th Floor
Chicago, Illinois 60603
Telephone: (872) 272-0794 (Golota)
(224) 252-6458 (Person)

*Attorneys for the State of Illinois*

**FOR THE STATE OF NEBRASKA:**

/s/ *Benjamin J. Swanson*
Benjamin J. Swanson (*pro hac vice*)
benjamin.swanson@nebraska.gov
Michael Greenlee (*pro hac vice* forthcoming)
Michael.Greenlee@Nebraska.gov
Assistant Attorneys General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68508
Telephone: (402) 471-3840

*Attorneys for the State of Nebraska*

**Statement Pursuant to L.R. 5-4.3.4(a)(2)(i)**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Guy G. Ward, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By /s/ *Guy G. Ward*
Guy G. Ward